UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

STEPHANIE JILL CONN,

      Plaintiff,

  v.                                                 Case No. 18-cv-1701-pp

NISSEN ENTERPRISES, and
NISSEN STAFFING CONTINUUM,

      Defendants.

_____

**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR
FAILURE TO DILIGENTLY PURSUE IT**

_____

      On October 25, 2018, the plaintiff filed this lawsuit. Dkt. No. 1. She also asked the court to allow her to proceed without prepaying the $400 filing fee. Dkt. No. 2. On February 12, 2019, the defendant made a special appearance for the purpose of filing a motion to dismiss. Dkt. No. 5. The court denied the defendant's motion, but noted that as filed, the plaintiff's complaint did not appear to state a claim for which a federal court could grant relief. Dkt. No. 6. The court gave the plaintiff a chance to correct that, and to file an amended complaint that stated a claim under federal law or alleged some other form of federal jurisdiction. Id. at 6. The court ordered that the plaintiff had to file the amended complaint in time for the court to receive it by the end of the day on October 18, 2019. Id. The court told the plaintiff that if it didn't receive the amended complaint by that date, it would "dismiss the complaint without prejudice, without further notice or hearing, for the plaintiff's failure to diligently pursue the case under Civil Local Rule 41." Id.

      The court did not receive an amended complaint by the end of the day on October 18, 2019.

1

The court **ORDERS** that the complaint is **DISMISSED without prejudice** for the plaintiff's failure to diligently pursue it under Civil Local Rule 41.

This order and the judgment to follow are final. A dissatisfied party may appeal this court's decision to the Court of Appeals for the Seventh Circuit by filing in this court a notice of appeal within 30 days of the entry of judgment. See Fed. R. of App. P. 3, 4. This court may extend this deadline if a party timely requests an extension and shows good cause or excusable neglect for not being able to meet the 30-day deadline. See Fed. R. App. P. 4(a)(5)(A).

Under limited circumstances, a party may ask this court to alter or amend its judgment under Federal Rule of Civil Procedure 59(e) or ask for relief from judgment under Federal Rule of Civil Procedure 60(b). Any motion under Federal Rule of Civil Procedure 59(e) must be filed within 28 days of the entry of judgment. The court cannot extend this deadline. See Fed. R. Civ P. 6(b)(2). Any motion under Federal Rule of Civil Procedure 60(b) must be filed within a reasonable time, generally no more than one year after the entry of the judgment. The court cannot extend this deadline. See Fed. R. Civ. P. 6(b)(2).

The court expects parties to closely review all applicable rules and determine, what, if any, further action is appropriate in a case.

Dated in Milwaukee, Wisconsin this 21st day of October, 2019.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**